UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:21-CV-86-REW

CHARLES MOUNTS, et al., PLAINTIFFS,

V.

ORDER

3M COMPANY, et al., DEFENDANTS.

As required by United States Code 28 U.S.C. 455, the undersigned will recuse from further responsibility in this action. Therefore, in accordance with General Order 18-22, and with the agreement of the participating United States Magistrate Judges,

IT IS ORDERED that this matter is REASSIGNED to Magistrate Judge Candace Smith.

Signed November 2, 2021.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**